UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIRDAAR GURJIT SINGH,

                          Plaintiff,

          -v.-                                    26 Civ. 2195 (KPF)

CERBERUS CAPITAL MANAGEMENT,                      **ORDER OF SERVICE**
L.P. and STEPHEN ANDREW
FEINBERG,

                          Defendants.

KATHERINE POLK FAILLA, District Judge:

          Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue summonses as to each Defendant.

Plaintiff is directed to serve the summons and complaint on each Defendant

within 90 days of the issuance of each summons.[1]  If within those 90 days,

Plaintiff has not either served Defendants or requested an extension of time to

do so, the Court will dismiss the claims against Defendants under Rules 4 and

41 of the Federal Rules of Civil Procedure for failure to prosecute.

          SO ORDERED.

Dated:   April 1, 2026
         New York, New York

                                         KATHERINE POLK FAILLA
                                         United States District Judge

---

[1]      Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.