UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIRDAAR GURJIT SINGH,

          Plaintiff,

          -v.-

CERBERUS CAPITAL MANAGEMENT,
L.P. and STEPHEN ANDREW
FEINBERG,

          Defendants.

26 Civ. 2195 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Plaintiff commenced this action on March 17, 2026.  (Dkt. #1).  The Court then scheduled an Initial Pretrial Conference ("IPTC") to take place on June 16, 2026.  (Dkt. #13).  The Court's Order scheduling the IPTC asked the parties to file a letter not to exceed five pages on or before June 11, 2026.  (*Id.*).  The Order further explained what should be included in that letter.  (*Id.*).

Plaintiff then filed a 29-page pre-IPTC letter on May 7, 2026.  (Dkt. #18).  Plaintiff is advised that the pre-IPTC letter is most helpful when both sides can contribute, which would only be possible after Defendants appear in the matter.  Plaintiff is further urged to pay greater attention to the Court's filing instructions, including those related to page limits.  Before making future submissions to the Court, Plaintiff shall consult the relevant Orders and the Court's Individual Rules of Practice in Civil Cases.

Plaintiff is further advised that failure to follow the Court's Rules in the future may result in submissions being stricken from the docket.

SO ORDERED.

Dated:   May 11, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge