

William H. Gussman, Jr.
Partner
bgussman@mcdermottlaw.com
+1 212 756 2044

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



**Date:** May 20, 2026

**Re:** *Singh v. Cerberus Capital Management, L.P.*, No. 1:26-cv-02195-KPF

Dear Judge Failla:

We are counsel to Cerberus Capital Management, L.P. ("Cerberus") in the above-referenced action.  Pursuant to Rule 2.C.i of the Court's Individual Rules of Practice in Civil Cases, we write to respectfully request an adjournment of the pre-motion conference currently scheduled for June 16, 2026, at 10:00 a.m. (ECF No. 24).  I am unable to attend the conference as currently scheduled due to a pre-existing conflict.

Accordingly, Cerberus respectfully requests that the Court adjourn the June 16, 2026 pre-motion conference to June 23 or June 24, 2026 or another date that is convenient for the Court. We have conferred with Plaintiff, who consents to this request and is available on the two alternative dates proposed herein.

There have been no previous requests for an adjournment or extension of time in this action. We thank the Court for its consideration of this matter.

Respectfully submitted,

By: /s/ *William H. Gussman, Jr.*
　　　William H. Gussman, Jr.

Application GRANTED.  Unfortunately, however, the Court will be on trial during the parties' requested dates.  Therefore, the pre-motion conference currently scheduled for June 16, 2026, is hereby ADJOURNED to **July 6, 2026,** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated:      May 20, 2026          SO ORDERED.
            New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE